IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHELLANY RAY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Case No. 3:19-CV-03055-G |
| | § |
| RECOVERY HEALTHCARE | § |
| CORPORATION AND ALCOHOL | § |
| MONITORING SYSTEMS, INC., | § |
| | § |
| Defendants. | § |

### DEFENDANT RECOVERY HEALTHCARE CORPORATION'S
### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Recovery Healthcare Corporation ("Defendant") respectfully requests that Jamil N. Alibhai be permitted to withdraw as counsel of record for Defendant in this matter. Munck Wilson Mandala, LLP will continue to represent Defendant. Plaintiff and Alcohol Monitoring Systems, Inc. do not oppose this motion.

1

Dated: September 14, 2020

Respectfully submitted,

*/s/ Sarah J. Lopano*
Sarah J. Lopano
Texas State Bar No. 24079914
slopano@munckwilson.com
Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972-6283600
Facsimile: 972-628-3616

**ATTORNEYS FOR DEFENDANT RECOVERY HEALTHCARE CORPORATION**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff and Alcohol Monitoring Systems, Inc. via e-mail, on September 14, 2020, regarding the requested relief and counsel are unopposed to the relief sought in this motion.

*/s/ Sarah J. Lopano*
Sarah J. Lopano

856665