IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHELLANY RAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:19-cv-03055-G |
| RECOVERY HEALTHCARE, | § | |
| CORPORATION; ALCOHOL | § | |
| MONITORING SYSTEMS, INC.; | § | |
| GLENN TUBB; and THE RIVERSIDE | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS ALCOHOL MONITORING SYSTEMS, INC.; GLENN TUBB; AND THE RIVERSIDE COMPANY'S JOINT MOTION TO STRIKE AND DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT AND BRIEF IN SUPPORT**

TO THE HONORABLE COURT:

Defendants Alcohol Monitoring Systems, Inc.; Glenn Tubb; and The Riverside Company file this Appendix in support of their Joint Motion to Strike and Dismiss Plaintiff's Third Amended Complaint and Brief in Support.

| **Exhibit No.** | **Description** | **Appendix Page No.** |
|---|---|---|
| 1 | Minute entry granting plaintiffs' motion to dismiss in *Roseanne Hansen, et al. v. Scram of California, Inc., et al.* | App. 1 |
| 2 | Final Judgment in *Bethany Lange, et al. v. Alcohol Monitoring Systems, Inc., et al.* dismissing case for failure to prosecute. | App. 2 |

Respectfully submitted,

Dated: May 25, 2021
*/s/ Michael K. Dean*
Michael K. Dean
**RAY | PEÑA | MCCHRISTIAN, P.C.**
101 Summit Avenue, Suite 705
Fort Worth, TX 76102
(817) 335-7201
(817) 335-7335 - facsimile
E-mail: mdean@raylaw.com

*Attorney for Defendants AMS, Glenn Tubb, and The Riverside Company*

## CERTIFICATE OF SERVICE

On May 25, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Michael K. Dean*
Michael K. Dean

# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** | JS-6

| Case No. | CV17-1474-CAS(PLAx) | Date | September 26, 2017 |
|---|---|---|---|
| Title | *ROSEANNE HANSEN ; ET AL. v. SCRAM OF CALIFORNIA, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1) (Filed 09/24/2017)[66]

    The Court is in receipt of plaintiffs' Notice of Dismissal[66] filed September 24, 2017. No Proposed Order was submitted. The Court hereby grants plaintiffs' request to dismiss the above-entitled action, without prejudice. Each party to bear their own costs and fees. All dates are hereby vacated and the action is hereby ordered closed.

00 : 00

Initials of Preparer     CMJ

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 17-cv-02286-RBJ

BETHANY LANGE et al.,

    Plaintiffs,

v.

ALCOHOL MONITORING SYSTEMS, INC. et al.,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to the Minute Order (Doc. No. 95), entered by the Honorable R. Brooke Jackson, United States District Judge, on January 5, 2018, this case is dismissed without prejudice for failure to prosecute.

    Dated at Denver, Colorado this 5th day of January, 2018.

                                  BY THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By:  s/Deborah Hansen
                                  Deborah Hansen, Deputy Clerk